# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hellerstein, Alvin K. | U.S. District Court - NY-South | 01/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street - Room 1050
New York, New York 10007

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | synagogue |
| 2. | Advisory Board Member | Rand Corporation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/96 | Stroock & Stroock & Lavan LLP, former law firm (Pension Plan for retired partners)(No Control) |
| 2. | 1/1/89 | Stroock & Stroock & Lavan Retirement Plan (management of firm's IRA and 401K plans)(No Control) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 01/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2019 | Pension from former law firm, Stroock & Stroock & Lavan, LLP | $311,848.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hellerstein, Alvin K.** | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. New York City Condominium | F | Rent | P1 | W | | | | | |
| 2. J P Morgan/Chase | A | Interest | N | T | | | | | |
| 3. Franklin Templeton Mut. Qual. Fund (IRA) (see Footnote 1) | E | Dividend | M | T | Redeemed (part) | 07/15/19 | J | | |
| 4. Stroock & Stroock & Lavan Retirement Plan (see footnotes 2) | | | | | | | | | |
| 5. - Macquarie Investment | E | Interest | O | T | Redeemed (part) | 08/15/19 | L | | Trfr to Dreyfus, Line 13 |
| 6. - Atlanta Capital Management | E | Dividend | J | T | Redeemed (part) | 08/15/19 | J | | |
| 7. | | | | | Redeemed (part) | 12/15/19 | M | | Trfr to Dreyfus, Line 13 |
| 8. - Black Rock Russell 1000 | G | Dividend | O | T | Redeemed (part) | 08/15/19 | M | | |
| 9. - TimeSquare Cap. Mgmt. | A | Dividend | | | Closed | 08/15/19 | J | | Trfr to Dreyfus, Line 13 |
| 10. - Tocqueville Asset Mgmt. | G | Dividend | O | T | | | | | |
| 11. - Cramer Rosenthal McGlynn | E | Dividend | M | T | | | | | |
| 12. - Nuveen Asset Mgmt. | G | Dividend | O | T | Redeemed (part) | 08/15/19 | M | | |
| 13. - Dreyfus U.S. Gov't Cash Management | A | Interest | M | T | Buy (add'l) | 08/15/19 | M | | |
| 14. | | | | | Buy (add'l) | 12/15/19 | M | | |
| 15. Gilead Sciences Inc. | A | Dividend | | | Donated | 10/24/19 | K | | Charitable contribution. |
| 16. Regeneron Pharmaceutical | | None | M | T | | | | | |
| 17. Aerie Pharm. Inc. Com. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 19.  Northwestern Mutual (Life Ins.) (See Footnote 3) | | None | L | U | | | | | |
| 20.  I Shares TR MSCI EAFE Index Fund | A | Dividend | L | T | | | | | |
| 21.  I Shares Russell 1000 Value Fd. | C | Dividend | M | T | | | | | |
| 22.  I Shares Russell 1000 Growth Fd. | B | Dividend | M | T | | | | | |
| 23.  I Shares Russell 2000 Value Fd. | A | Dividend | J | T | Donated (part) | 11/18/19 | K | | |
| 24.  I Shares Russell 2000 Growth Fd. | A | Dividend | K | T | Donated (part) | 11/18/19 | K | | |
| 25.  I Shares Russell Midcap Growth Index Fd. | A | Dividend | K | T | Donated (part) | 11/18/19 | K | | |
| 26.  I Shares Russell Midcap Value | B | Dividend | L | T | | | | | |
| 27.  Vanguard Emerging Markets ETF (see Footnote 4) | | | | | | | K | | |
| 28.  Vanguard FTSE Europe (See Footnote 4) | | | | | | | K | | |
| 29.  I Shares MSCI Emerg. Mkt. Min Val. | B | Dividend | L | T | Sold | 07/15/19 | L | B | |
| 30.  I Shares MSCI Japan ETF | B | Dividend | L | T | | | | | |
| 31.  Energy Sel. Sect. SPDR | E | Dividend | K | T | | | | | |
| 32.  SPDR Euro Stoxx 50 ETF | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnote 1 -- The investment is an IRA, over which I have no control, except for withdrawals. Dividends, including long and short term gains, did not give rise to taxable income and were reinvested. Results of investments, inclusive of realized and unrealized gains and losses and dividends and distributions, are reported to me quarterly and for year end.

Footnote 2 -- The investment is an IRA, composed of managed investment companies disclosed in Lines 5 - 13 over which I have no control, except for withdrawals and transfers to and from other managed funds. The Trustee does not sub-categorize gains and losses into dividends or short or long term gains or losses (see next paragraph).

One America Retirement Services, LLC, Adminstrator of the SSL Retirement Trust for Partners, and quarterly reports they provide, are the sources of the information provided in Part VII, Lines 5-13. I am one of the beneficiaries of the Trust. One America advises that dividends received by the managed funds are not ascertainable. One America states it administers five Stroock retirement plans, that money is co-mingled for all invested in the portfolio, that dividends and gains and losses are cumulated and are not posted at the participant level, and that "there is no way... to calculate [my] portion" of dividends. My percentage of the whole is reported as a net total amount, for each managed fund and as a total for all managed funds, inclusive of all realizations by each managed fund for all securities managed by that fund. The Strook & Stroock & Lavan accounting department advises that they have no further information.

Footnote 3 -- Cash value and dividends are applied to premiums, contributing to premiums payable on second to die life insurance. Hence, the policy does not pay dividends.

Footnote 4 --Lines 26 and 27, referring to Vanguard Emerging Markets ETF and Vanguard FTSE Europe, respectively, should not have been reported since I had no positions and no activities in 2019. By inadvertence, I neglected to report for year ending 12/31/2018 that I sold both positions on 12/11/2018: Vanguard Emerging Markets ETC for a value of "L" and Vanguard FTSE Europe for a value of "K", and both, on Income(loss) of "A", both according to market values "T". I had no position in 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 01/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin K. Hellerstein**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544